United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**
No. 97-2381WA

| | | |
|---|---|---|
| Arkansas Christian Educators | * | |
| Association (ACEA); James Lee | * | |
| Parsons, Individually and in his | * | |
| representative capacity as President of | * | |
| ACEA, | * | |
| | * | |
| Appellants, | * | Appeal from the United States |
| | * | District Court for the Western |
| v. | * | District of Arkansas. |
| | * | |
| Ozark Unlimited Resources | * | [UNPUBLISHED] |
| Cooperative (OUR); Leon McLean, | * | |
| Individually and in his representative | * | |
| capacity as Director of OUR, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted:  December 8, 1997
Filed:  December 16, 1997

_____

Before FAGG, BEAM, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Arkansas Christian Educators Association and James Lee Parsons appeal an adverse grant of summary judgment on their claims that they were wrongfully excluded from an in-service workshop for teachers and administrators in violation of their First

and Fourteenth Amendment rights.  Having reviewed the record and the parties submissions, we conclude that an extensive discussion is not warranted.  The district court has written a comprehensive opinion addressing the issues raised by the parties, and we have nothing to add to the district court's analysis.  We see no error by the district court and affirm the judgment substantially for the reasons stated in the district court's memorandum opinion.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.